**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

MELIKE MCCRIMMON,

                             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 14 2020

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A status conference is scheduled for October 14, 2020 at 10:00 am.

Dated: New York, New York
       July 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge