UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MELIKE MCCRIMMON,

          Defendant.

20-CR-343 (GBD)

[PROPOSED] *EX PARTE* ORDER

Upon the application of Melike McCrimmon, by his attorney Justine Harris, Esq., for an order authorizing the appointment of Anna Estevao, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Anna Estevao, Esq. is appointed *nunc pro tunc* to June 15, 2020, to assist in the representation of Melike McCrimmon in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
      August ___, 2020
      AUG 1 1 2020

SO ORDERED

_____
Hon. George B. Daniels
United States District Judge
Southern District of New York

This document was entered on the docket on_____.