```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED AUG 2 5 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

      -against-                                  ORDER

MELIKE MCCRIMMON,                     20 Crim. 343 (GBD)

                Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    Defendant's request for a bail hearing is GRANTED, and shall occur on September 9, 2020 at 9:00 am as a videoconference. Defendant's request that this Court require his ex-wife to testify at the bail hearing is DENIED.

    Trial is hereby scheduled to begin on December 2, 2020 at 9:45 am.

Dated: New York, New York
       August 25, 2020

                                                  SO ORDERED.

                                                  *George B. Daniels*
                                                  GEORGE B. DANIELS
                                                  United States District Judge