USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

       -against-

MELIKE MCCRIMMON,

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's bail hearing is adjourned from September 9, 2020 to September 16, 2020 at 9:00 am.

Dated: New York, New York
       August 26, 2020

SO ORDERED.

_George B Daniels_
GEORGE B. DANIELS
United States District Judge