```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 6 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

MELIKE MCCRIMMON,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during the bail hearing held on September 16, 2020, Defendant's request for bail is DENIED without prejudice.

Dated: New York, New York
       September 16, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge