

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2020

**BY ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 27 2020

Re: ***United States v. McCrimmon*, 20 Crim. 343 (GBD)**

Dear Judge Daniels:

    The Government writes to request an exclusion of time under the Speedy Trial Act between November 4, 2020 and November 18, 2020.

    At a conference on September 16, the Court set a pretrial conference date of November 4, 2020, and excluded time until the date of that conference. On October 23, 2020, the defendant submitted a letter asking to move that pretrial conference, and, on October 26, 2020, the Court rescheduled the pretrial conference from November 4 until November 18.

    The Government asks that the Court exclude time under the Speedy Trial Act between the originally scheduled date of the pretrial conference (November 4) and the rescheduled date of the pretrial conference (November 18). An exclusion is mandatory under 18 U.S.C. § 3161(h)(1)(D) because the defendant has filed an omnibus pretrial motion that will be argued on November 18. The defendant does not consent to the exclusion.

    Respectfully Submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

CC:    Justine A. Harris, Counsel for Defendant Melike McCrimmon (by ECF)