UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

MELIKE MCCRIMMON,

                       Defendant.
------------------------------------x

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request to adjourn the deadline for motions in limine is GRANTED. The parties shall file motions in limine by November 23, 2020 and any oppositions by December 7, 2020.

The trial is adjourned from January 11, 2021 to January 25, 2021 at 9:45 am.

Dated: New York, New York
       November 16, 2020

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge