USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 7 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

       -against-             :

MELIKE MCCRIMMON,          :

               Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                     ORDER

           20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

The pretrial conference scheduled for November 18, 2020 is adjourned to December 2, 2020 at 11:00 a.m.

Dated: New York, New York
       November 17, 2020

                     SO ORDERED.

                     _George B Daniels_
                     GEORGE B. DANIELS
                     United States District Judge