

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2020

**BY ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Re: **United States v. McCrimmon, 20 Crim. 343 (GBD)**    Dated: **NOV 1 9 2020**

Dear Judge Daniels:

The Government writes to request an exclusion of time under the Speedy Trial Act between today and December 2, 2020.

On October 27, 2020, the Court issued an order excluding time under the Speedy Trial Act until a conference scheduled for today. Yesterday, the Court adjourned that conference until December 2, 2020.

The Government asks that the Court exclude time under the Speedy Trial Act between today and December 2. An exclusion is required under 18 U.S.C. § 3161(h)(1)(D) because the defendant has filed an omnibus pretrial motion that will be argued on December 2. The defendant does not consent to the exclusion.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

CC:   Justine A. Harris, Counsel for Defendant Melike McCrimmon (by ECF)