UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA,

    -against-

MELIKE MCCRIMMON,

    Defendant.

------------------------------------x

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

The public may access the audio feed of the conference by calling **855-268-7844** and using access code **67812309#** and PIN **9921299#**.

SO ORDERED.

Dated: December 2, 2020
      New York, New York

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge