**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

MELIKE MCCRIMMON,

                           Defendant.

------------------------------------- x

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's conference, the Court rules as follows on Defendant's pretrial motions:

(1) Defendant's motion to suppress all evidence seized and statements made as a result of an unlawful arrest is DENIED;

(2) Defendant's motion for a hearing as to misrepresentations in the complaint pursuant to *Franks v. Delaware*, 438 U.S. 154, is DENIED;

(3) Defendant's motion to suppress evidence collected from Defendant's cell phone as a result of an unlawful search warrant is DENIED without prejudice;

(4) Defendant's motion for immediate production of *Brady* and *Giglio* evidence is DENIED without prejudice;

(5) Defendant's motion for dismissal of the indictment due to flaws in the grand jury procedure is DENIED; and

(6) Defendant's motion to suppress his statements made to officers in the police vehicle after arrest pursuant to *Miranda v. Arizona*, 384 U.S. 436, is GRANTED.

The Clerk of Court is directed to close the motions at ECF Nos. 13 and 37.

Dated: New York, New York
December 2, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge