**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEC 09 2020

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MELIKE MCCRIMMON,

    Defendant.

------------------------------------x

<u>ORDER</u>

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

The bail hearing scheduled for **December 16, 2020**, at 11:00 a.m. is rescheduled to **12:00 p.m.** and will occur as a teleconference. As requested, defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins (i.e., at **11:45 a.m.**); defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

To access the teleconference line, counsel should call **888-363-4749** and use access code **4523890**. Members of the press and public may call the same number, but will not be permitted to speak during the conference. Counsel should adhere to the following rules and guidelines during the hearing:

1. Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

4. If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

Defense counsel shall discuss the Waiver of Right to be Present at Criminal Proceeding with the Defendant prior to the proceeding. If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 24 hours prior to the proceeding**.

To the extent that there are any documents relevant to the proceeding (e.g., proposed orders or documents regarding restitution, forfeiture, or removal), counsel should submit them to the Court (by email or on ECF, as appropriate) at least **at least 24 hours prior to the proceeding**. To the extent any documents require the Defendant's signature, defense counsel should endeavor to get them signed in advance of the proceeding as set forth above.

SO ORDERED

Dated: December 9, 2020
New York, New York

_____
GEORGE B. DANIELS
United States District Judge