USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: DEC 1 6 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

MELIKE MCCRIMMON,

          Defendant.

------------------------------------- x

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

As stated on the record at today's hearing, Defendant is released on a $100,000 bond cosigned by two financially responsible persons, plus Amanda Mbaye-Tanco as a moral suasion suretor, subject to the additional conditions detailed on the bail disposition form (ECF No. 78).

Dated: New York, New York
    December 16, 2020

                SO ORDERED.

                *George B. Daniels*
                GEORGE B. DANIELS
                UNITED STATES DISTRICT JUDGE