USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 13 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

MELIKE MCCRIMMON,

                           Defendant.

------------------------------------- x

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's conference, the Court rules as follows on the Government's motions in limine:

(1) The Government's motion to preclude Defendant from introducing certain portions of the officers' body camera footage into evidence, specifically USAO000091 from 2:45–5:46 and 6:01–15:06, USAO000090 from 2:45–15:05, and USAO000092 in its entirety, and from questioning law enforcement witnesses about such video segments as well as any statements made or events depicted on the video segments is GRANTED;

(2) The Government's motion to preclude cross-examination of law enforcement witnesses on allegations of prior misconduct, including but not limited to substantiated Civilian Complaint Review Board complaints, is GRANTED; and

(3) The Government's motion to preclude Defendant from introducing all communications by Defendant's ex-wife is GRANTED.

Dated: New York, New York
January 13, 2021

SO ORDERED.

*George B Daniels*

GEORGE B. DANIELS
United States District Judge