UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MELIKE MCCRIMMON,

               Defendant.



20 Cr. 343 (GBD)

~~PROPOSED~~ ORDER

Upon the application of Melike McCrimmon, by his attorneys, Justine Harris and Anna Estevao, for an order authorizing the Jury Administrator for the Southern District of New York to produce the records pursuant to 28 U.S.C. § 1867(f):

IT IS HEREBY ORDERED that the Jury Administrator for the Southern District of New York is authorized and directed to produce the following records to defense counsel, Justine Harris and Anna Estevao, on or before April 5, 2021:

(a) A list of all the individuals who received a summons to appear for jury service at the Southern District of New York on April 6, 2021 (the "April 6 potential jurors"), including each individual's demographic information, such as age, race, and gender;

(b) A copy of the summons received by the April 6 potential jurors, including any additional instructions, such as the Southern District of New York's "Supplemental Juror Questionnaire"[1];

(c) Records of the results of the phone screening described in the Supplemental Juror Questionnaire, including each potential juror's answers to Questions 1 through 9, and whether each potential juror's service was excused or postponed.

IT IS FURTHER ORDERED that any such records be produced subject to the August 17, 2020 Supplemental Protective Order, entered on the docket as ECF No. 22.

---

[1] *See* https://www.nysd.uscourts.gov/sites/default/files/pdf/Jury_Duty/Supplemental%20Juror%20Questionnaire.pdf.

SO ORDERED.

Dated: March __, 2021  
      New York, New York

**MAR 2 3 2021**

_____  
Hon. George B. Daniels