UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

MELIKE MCCRIMMON,

                    Defendant.
------------------------------------x

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record at the conference on April 6, 2021, the Court rules as follows on the Government and Defendant's motions in limine:

(1) The Government's motion to preclude cross-examination of police officers regarding the disbanding of the NYPD's anti-crime units is GRANTED;

(2) The Defendant's motion to preclude direct examination of criminalist Tiffany Garcia of the Latent Print Development Unit of the New York City Police Department Police Laboratory regarding latent fingerprints is DENIED;

(3) The Defendant's motion to preclude direct examination of police officers regarding the fact that the firearm in this case was loaded and in working order is DENIED; and

(4) The Defendant's motion to exclude as an exhibit a digitally edited image from Google Earth of Findlay Avenue is DENIED.

Dated: New York, New York
     April 8, 2021

SO ORDERED.

APR 1 2 2021

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge