UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

MELIKE MCCRIMMON,

                           Defendant.

------------------------------------ x

ORDER

20 Crim. 343 (GBD)

GEORGE B. DANIELS, United States District Judge:

    As confirmed by counsel for Defendant, Defendant's motions challenging the jury make-up, (ECF No. 116), and for clerical revisions to a transcript, (ECF No. 118), are DENIED as moot.

    The Clerk of Court is directed to close both motions and to close this case.

Dated: November 28, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge